# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| **Michael Gene Terrelonge,** | ) | JUDGMENT IN CASE |
|  | ) |  |
| Petitioner(s), | ) | 3:22-cv-00121-RJC |
|  | ) | 3:09-cr-00229-RJC-DCK |
| vs. | ) |  |
|  | ) |  |
| **USA,** | ) |  |
| Respondent(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2022 Order.

May 4, 2022

Frank G. Johns, Clerk
United States District Court